**No. 54947.**—Andrew Fisher Cycle Co., Inc. *v.* United States, protest 153328–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 54948.**—Artisan Products Import, Ltd. *v.* United States, protest 155162–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 54949.**—Reitmann-Pilcer Co. *v.* United States, protest 160173–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 54950.**—Interatlantic Trading Corporation *v.* United States, protest 161160–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

BEFORE THE THIRD DIVISION, DECEMBER 7, 1950

**No. 54951.**—General Hide & Skin Corp. *v.* United States, protests 66361–K and 92284–K (New York).

Opinion by EKWALL, J.   It was stipulated that the issue herein is the same in all material respects as that presented in *The Otto Gerdau Co.* v. *United States* (21 Cust. Ct. 24, C. D. 1120) and *Mamary Bros., Inc.* v. *United States* (id. 135, C. D. 1142).   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on entries 67467 and 819098.